PEOPLE ex rel. FARLEY v. WOODS. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Proceeding by the People of the State of New York, on the relation of Arthur J. Farley, against Arthur Woods, as commissioner. J. T. Mahoney, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. GLEASON v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Proceeding by the People of the State of New York, on the relation of Edward J. Gleason, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. HENDRICK v. WARDEN OF RAYMOND ST. JAIL el al. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Proceeding by the People of the State of New York, on the relation of Charles C. Hendrick, against the Warden of Raymond Street Jail and others. No opinion. Order affirmed, without costs.

PEOPLE ex rel. HENNINGER v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York, on the relation of Louis J. Henninger, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion for reargument (in 151 N. Y. Supp. 506) denied, without costs.

PEOPLE ex rel. HOOK v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of Joseph P. Hook, against Rhinelander Waldo, as Commissioner. Grant & Rouss, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. IMPORTERS' & TRADERS' NAT. BANK, Appellant, v. PURDY et al., Respondents. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of the Importers' & Traders' National Bank, against Lawson Purdy and others. Kalish & Palmer, of New York City,

for appellant. L. H. Hahlo, Asst. Corp. Counsel, of New York City, for respondents. No opinion. Reargument (of 152 N. Y. Supp. 275) ordered.

PEOPLE ex rel. KEENAN v. McKAY. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Proceeding by the People of the State of New York, on the relation of James Keenan against Douglas I. McKay, as Commissioner. W. E. Murphy, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel KROHN, Appellant, v. WARDEN AND KEEPER OF CITY PRISON et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 30, 1915.) Proceeding by the People of the State of New York, on the relation of John Krohn, against the Warden and Keeper of City Prison and another. No opinion. Order affirmed, on authority of People v. Charles Schweinler Press, 108 N. E. 639, decided by the Court of Appeals March 26, 1915.

PEOPLE ex rel. LA CHICOTTE, Appellant, v. O'KEEFE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of Henry A. La Chicotte, against Arthur J. O'Keefe, as Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1136.

PEOPLE ex rel. LA CHICOTTE, Appellant, v. O'KEEFE, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Proceeding by the People of the State of New York, on the relation of Henry A. La Chicotte, against Arthur J. O'Keefe, as Commissioner, etc. E. C. Kindleberger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 80 Misc. Rep. 344, 141 N. Y. Supp. 82; 152 N. Y. Supp. 1136.

PEOPLE ex rel. LITTLE v. JOHNSON et al. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York, on the relation of Jos. J. Little, against Jos. Johnson and others. No opinion. Motion granted, without costs. Order filed.

PEOPLE ex rel. McCADDEN v. WOODS, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of George A. McCadden, against Arthur Woods, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.